## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| SCARLIN EMILIO HERNANDEZ-MANZUETA | : | VIOLATIONS:<br>21 U.S.C. § 841(a)(1), (b)(1)(A) (distribution |
| a/k/a "Emilio Estarlin Hernandez," | : | of 1 kilogram or more of heroin – 1 count) |
| a/k/a "Escarlin Hernandez" | | 18 U.S.C. § 924(c)(1)(A) (possession of a |
| | : | firearm in furtherance of a drug trafficking |
| | | crime – 1 count) |
| | : | 18 U.S.C. § 922(g)(5)(A) (possession of a |
| | | firearm by an alien illegally or unlawfully in |
| | : | the United States) |
| | | Notices of forfeiture |

## INDICTMENT

## COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about June 18, 2026, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

**SCARLIN EMILIO HERNANDEZ-MANZUETA,**
**a/k/a "Emilio Estarlin Hernandez,"**
**a/k/a "Escarlin Hernandez,"**

knowingly and intentionally distributed 1 kilogram or more, that is, approximately 1,041.9

grams, of a mixture and substance containing a detectable amount of heroin, a Schedule I

controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 18, 2026, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

**SCARLIN EMILIO HERNANDEZ-MANZUETA,**
**a/k/a "Emilio Estarlin Hernandez,"**
**a/k/a "Escarlin Hernandez,"**

knowingly possessed a firearm, that is, a Taurus model PT809 handgun, bearing serial number

TK094573, and eleven rounds of 9mm ammunition, all in furtherance of a drug trafficking crime

for which he may be prosecuted in a court of the United States, namely, distribution of a mixture

or substance containing a detectable amount of heroin, a Schedule I controlled substance, as

charged in Count One of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

2

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 18, 2026, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

**SCARLIN EMILIO HERNANDEZ-MANZUETA,**
**a/k/a "Emilio Estarlin Hernandez,"**
**a/k/a "Escarlin Hernandez,"**

knowing he was an alien illegally and unlawfully in the United States, knowingly possessed in

and affecting interstate or foreign commerce, a firearm, that is, a Taurus model PT809 handgun

bearing serial number TK094573.

In violation of Title 18, United States Code, Section 922(g)(5)(A).

3

## NOTICE OF FORFEITURE NO. 1

**THE GRAND JURY FURTHER CHARGES THAT:**

1.      As a result of the violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count One of this Indictment, defendant

**SCARLIN EMILIO HERNANDEZ-MANZUETA,**
**a/k/a "Emilio Estarlin Hernandez,"**
**a/k/a "Escarlin Hernandez,"**

shall forfeit to the United States of America:

(a)      any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation; and

(b)      any property constituting, or derived from, proceeds obtained directly or indirectly from the commission of such violation.

2.      If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a)      cannot be located upon the exercise of due diligence;

(b)      has been transferred or sold to, or deposited with, a third party;

(c)      has been placed beyond the jurisdiction of the Court;

(d)      has been substantially diminished in value; or

(e)      has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853.

4

## NOTICE OF FORFEITURE NO. 2

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violations of Title 18, United States Code, Section 924(c) and 922(g), as set forth in Counts Two and Three of this indictment, defendant

**SCARLIN EMILIO HERNANDEZ-MANZUETA,**
**a/k/a "Emilio Estarlin Hernandez,"**
**a/k/a "Escarlin Hernandez,"**

shall forfeit to the United States of America the firearms involved in the commission of such offenses, including but not limited to:

1. A Taurus model PT809 handgun, bearing serial number TK094573; and

2. Eleven live rounds of 9mm ammunition.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

**A TRUE BILL:**

_____
ON

_____
**DAVID METCALF**
**UNITED STATES ATTORNEY**

*No.*_____

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

SCARLIN EMILIO HERNANDEZ-MANZUETA
a/k/a "Emilio Estarlin Hernandez"
a/k/a "Escarlin Hernandez"

INDICTMENT

21 U.S.C. § 841(a)(1), (b)(1)(A) (distribution of 1,000 grams or more of a mixture or substance
containing a detectable amount of heroin – 1 count)
18 U.S.C. § 924(c)(1)(A) (possession of a firearm in furtherance of a drug trafficking crime – 1 count)
18 U.S.C. § 922(g)(5)(A) (possession of a firearm by an alien illegally or unlawfully in the United
States)



day.

Bail, $_____